**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DOUGLAS MCRAE,

                Plaintiff,            19 **CIVIL** 5589 (CS) (JCM)

      -v-                                      **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2020, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          February 25, 2020

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                            BY
                                                        **Deputy Clerk**

                                                      THIS DOCUMENT WAS ENTERED
                                                      ON THE DOCKET ON 2/25/2020